In the Matter of the Judicial Settlement of the Estate of JESSIE H. WYATT, Deceased. SELINA ELIZABETH WYATT, a Legatee, Appellant; ANNA J. MORAN, Executrix, etc., of JESSIE H. WYATT, Deceased, and Others, Respondents.— Decree of the Surrogate's Court of Orange county, in so far as appealed from, unanimously affirmed, with costs, payable out of the estate, to all parties filing

briefs. No opinion. Present — Lazansky, P. J., Hagarty, Carswell, Scudder and Davis, JJ.